## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Veronica Kelly,                            :
                        Petitioner         :
                                           :
            v.                             :
                                           :
Workers' Compensation Appeal               :
Board (Commonwealth of                     :
Pennsylvania),                             :
                        Respondent         :        No. 138 C.D. 2014

## **O R D E R**

NOW, September 2, 2014, having considered petitioner's application for reargument, and respondent's response in opposition thereto, the application is denied.

BY THE COURT:

_____
DAN PELLEGRINI,
President Judge